```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  7/15/2016

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:        CW        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES SMSA LIMITED PARTNERSHIP, a California limited partnership dba VERIZON WIRELESS,<br><br>Plaintiff and Petitioner,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant and Respondent. | CASE NO. 2:16-CV-1654 BRO(AJWx)<br><br>(Hon. Beverly Reid O'Connell)<br><br>**[PROPOSED] STIPULATED JUDGMENT**<br><br><br>Complaint Filed: March 11, 2016<br>Trial Date: None Set |

WHEREAS On March 10, 2016, Plaintiff/Petitioner Los Angeles SMSA Limited Partnership dba Verizon Wireless ("Verizon Wireless") filed against Defendant/Respondent City of Los Angeles ("City") a Complaint for Declaratory Judgment, Injunction, and Writ of Mandate; (the "Petition and Complaint"); and

WHEREAS contemporaneous with the filing of this [Proposed] Judgment, the Parties have executed and filed a Stipulation for Entry of Judgment and Issuance of Writ of Mandate providing for the entry of this [Proposed] Judgment;

THE COURT DOES HEREBY ORDER, ADJUDGE AND DECREE, as follows:

1. Judgment is entered on the Fourth Cause of Action alleged in the Petition and Complaint. A Peremptory Writ of Mandate shall issue under seal of this Court, ordering the City to set aside its decision in connection with Verizon Wireless' wireless service facilities proposed to be located at 5860 Whitsett Avenue, Los Angeles, California, Case No. ZA-2014-1239-CUW; ENV-2014-1240-MND, and remanding the matter to the South Valley Area Planning Commission for a further administrative hearing in connection with Verizon Wireless' project;

2. Within seven (7) court days after the Court's entry of this Stipulated Judgment and issuance of the related Writ of Mandate, Verizon Wireless shall file with the Court a Request for Dismissal, without prejudice, of the First through Third Causes of Action in the Petition and Complaint; and

3. The Parties shall bear their own costs and fees.

IT IS SO ORDERED

Dated: July 15, 2016

_____
Honorable Beverly Reid O'Connell
United States District Judge

DATED: July 11, 2016   Respectfully submitted,

MICHAEL N. FEUER, City Attorney
TERRY KAUFMANN MACIAS, Assistant City Attorney
KENNETH T. FONG, Deputy City Attorney
ERNESTO VELÁZQUEZ, Deputy City Attorney

By _____
ERNESTO VELÁZQUEZ

Attorneys for Defendant,
CITY OF LOS ANGELES

SCHWARTZ HYDE & SULLIVAN, LLP

By _____
KEVIN P. SULLIVAN

Attorneys for Plaintiff,
LOS ANGELES SMSA LIMITED PARTNERSHIP DBA
VERIZON WIRELESS