O

# United States District Court
# Central District of California

| | |
|---|---|
| LOS ANGELES SMSA LIMITED PARTNERSHIP, a California limited partnership dba VERIZON WIRELESS,<br><br>    Plaintiff and Petitioner,<br><br>  v.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant and Respondent. | Case No. 2:16-CV-1654-ODW(AJW)<br><br>**ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///
///

On July 15, 2016, the Court issued a writ ordering the City of Los Angeles to "set aside [its] decision in connection with Case No. ZA-2014-1239-CUW; ENV-2014-1240-MND and hold a further administrative hearing in connection with Petitioner's project." (ECF No. 18.) The writ was returned on October 14, 2016. (ECF No. 22.) It appears that the City of Los Angeles has complied with the terms of the writ. The Court now issues this order to show cause why this case should not be dismissed. If neither party objects in writing on or before November 14, 2016, the Court shall terminate this case.

**IT IS SO ORDERED.**

November 2, 2016

_____
             **OTIS D. WRIGHT, II**
         **UNITED STATES DISTRICT JUDGE**