**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| LOS ANGELES SMSA LIMITED PARTNERSHIP, a California limited partnership dba VERIZON WIRELESS,<br><br>        Plaintiff and Petitioner,<br><br>    v.<br><br>CITY OF LOS ANGELES,<br><br>        Defendant and Respondent. | Case No. 2:16-CV-1654-ODW(AJW)<br><br><br><br>**ORDER DISMISSING CASE** |

///
///
///
///
///
///
///
///
///

On July 15, 2016, the Court issued a writ ordering the City of Los Angeles to "set aside [its] decision in connection with Case No. ZA-2014-1239-CUW; ENV-2014-1240-MND and hold a further administrative hearing in connection with Petitioner's project." (ECF No. 18.) The writ was returned on October 14, 2016. (ECF No. 22.) It appears that the City of Los Angeles has complied with the terms of the writ. The Court issued an order to show cause on November 2, 2016 indicating that this matter would be dismissed if neither party objected in writing on or before November 14, 2016. Neither party filed an objection by that date. Therefore, the Court dismisses this action.

**IT IS SO ORDERED.**

November 17, 2016

_____
 **OTIS D. WRIGHT, II
 UNITED STATES DISTRICT JUDGE**